JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. KINDLE,<br><br>    Plaintiff,<br><br>    v.<br><br>AAA AUTOMOTIVE CLUB OF SOUTHERN CALIFORNIA,<br><br>    Defendant. | Case No. 2:20-cv-06470-RGK-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated: May 10, 2021

          HONORABLE R. GARY KLAUSNER
          United States District Judge